**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE:**<br><br>**BILLY DRIVER,** | 1:17-mc-00001-SAB<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EMERGENCY RELIEF AND MONETARY SANCTIONS<br><br>[ECF No. 8] |

On January 3, 2017, the Court received a notice from the Plaintiff requesting access to the electronic case filing system at Kern Valley State Prison ("KVSP") in Delano, California.

On January 30, 2017, Plaintiff filed a motion for emergency relief and monetary sanctions in the amount of 27.9 billion dollars.

Plaintiff is advised that the purpose of opening this miscellaneous action was to determine solely the issue of whether Plaintiff would be granted leave and/or exemption from e-filing his civil rights complaint pursuant to 42 U.S.C. § 1983. By order dated January 27, 2017, the Court determined that Plaintiff has had adequate access to the law library and e-filing system at KVSP, but simply failed to properly utilize such services. (ECF No. 7.) Plaintiff is advised that if and when Plaintiff files a civil rights complaint by way of the e-filing system, a civil rights action will be opened and assigned a civil case number. Accordingly, because this action was opened for the limited purpose of determining whether Plaintiff would be granted exemption from e-filing his complaint which was denied, it is HEREBY ORDERED that Plaintiff's motion for an emergency

1  relief and monetary sanctions is DENIED, <u>and the Court will not accept any further filings in this
2  closed case</u>.

3

4  IT IS SO ORDERED.

5  Dated: __**February 1, 2017**__

6                                                UNITED STATES MAGISTRATE JUDGE