Case 1:17-mc-00001-SAB   Document 11   Filed 03/03/17   Page 1 of 1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>BILLY DRIVER, | 1:17-mc-00001-SAB<br><br>ORDER STRIKING AND DISREGARDING PLAINTIFF'S OBJECTIONS FILED ON MARCH 1, 2017<br><br>[ECF No. 10] |

On January 27, 2017, the Court denied Plaintiff's request for leave and/or exemption for e-filing his civil rights complaint, and on February 2, 2017, the Court advised Plaintiff that no further documents would be filed in this closed case. (ECF Nos. 7, 9.)

On March 1, 2017, Plaintiff filed objections. Inasmuch as this case is closed and Plaintiff was advised no further documents will be filed in the Court, Plaintiff's objections are HEREBY stricken from the record and disregarded.

IT IS SO ORDERED.

Dated: **March 2, 2017**

UNITED STATES MAGISTRATE JUDGE

1