# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>**BILLY DRIVER,** | 1:17-mc-00001-SAB<br><br>ORDER STRIKING AND DISREGARDING PLAINTIFF'S EMERGENCY MOTION FOR APPOINTMENT OF COUNSEL<br><br>[ECF No. 12] |

On January 27, 2017, the Court denied Plaintiff's request for leave and/or exemption for e-filing his civil rights complaint, and on February 2, 2017, the Court advised Plaintiff that no further documents would be filed in this closed case. (ECF Nos. 7, 9.)

On March 6, 2017, Plaintiff filed an emergency motion for appointment of counsel. Inasmuch as this case is closed and Plaintiff was advised no further documents will be filed, Plaintiff's motion is HEREBY stricken from the record and disregarded.

IT IS SO ORDERED.

Dated:  **March 7, 2017**

UNITED STATES MAGISTRATE JUDGE

1